IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-15580 |
| CTF Chicago, Inc., | ) | Judge: | Janet S. Baer |
| | ) | | |
| Debtor. | ) | | |

**APPLICATION TO SET**
**HEARING ON EMERGENCY MOTIONS**

NOW COMES the Debtor, CTF Chicago, Inc., through its attorneys, Springer Larsen, and Richard G. Larsen and in accordance with Local Rule 9013-2, submits its request for emergency motions, and in support states:

1. The Debtor filed its Chapter 11 petition on Friday, October 18, 2024. The filing was necessitated due to the pendency of lawsuits and continuing creditor actions that would have forced an immediate closure of the business.

2. The debtor, through no fault of its own, does not have sufficient cash to fund its operations without use of the cash collateral subject to the lien of Wintrust Bank.

3. The debtor will suffer irreparable harm if the emergency hearing for use of cash collateral is not granted.

The debtor proposes that, if the request for emergency hearing be granted, the matter be heard on October 22, 2024, at 9:30 a.m., with email or overnight notice to all parties being given no later than 4:00 p.m. October 18, 2024.

        Respectfully Submitted,
        CTF Chicago, Inc.,

        By: Richard G. Larsen
        One of its attorneys

Richard G. Larsen  
Springer Larsen, LLC  
300 South County Farm Rd., Suite G  
Wheaton, Illinois 60187  
(630) 510-0000  
rlarsen@springerbrown.com