## CrossTown Fitness
2-Week Cash Collateral Budget
($ in actual)

| | Week Number | 1 | 2 | Total |
|---|---|---|---|---|
| | Sunday, Week Ending | 10/27/24 | 11/3/24 | 2 Week |
| | Status | Forecast | Forecast | Forecast |
| **Cash Receipts** | | | | |
| Operating Cash Receipts | | | | |
| Deposits | | 36,320 | 29,320 | 65,640 |
| Total Operating Cash Receipts | | 36,320 | 29,320 | 65,640 |
| **Total Cash Receipts** | | 36,320 | 29,320 | 65,640 |
| Cumulative Cash Receipts | | 36,320 | 65,640 | |
| **Cash Disbursements** | | | | |
| Cost of Sales | | | | |
| Purchases | | 1,318 | 892 | 2,210 |
| Total Cost of Sales | | 1,318 | 892 | 2,210 |
| **Payroll & Benefits** | | | | |
| Payroll | | - | 32,246 | 32,246 |
| Payroll Taxes | | 100 | 10,278 | 10,378 |
| Total Payroll & Benefits | | 100 | 42,524 | 42,624 |
| **Capital Expenditures** | | | | |
| Repairs & Maintenance | | 339 | 339 | 678 |
| Total Capital Expenditures | | 339 | 339 | 678 |
| **SG&A Expenses** | | | | |
| Rent | | 13,348 | 8,046 | 21,395 |
| Credit Card Processing Fees | | - | - | - |
| IT & Software | | 2,154 | 786 | 2,940 |
| Insurance | | 205 | 6,880 | 7,084 |
| Professional Fees | | - | - | - |
| Utilities | | 271 | 271 | 542 |
| Travel & Entertainment | | 185 | 235 | 419 |
| Other | | 322 | 347 | 669 |
| Total SG&A Expenses | | 16,484 | 16,565 | 33,049 |
| **Total Operating Disbursements** | | 18,241 | 60,321 | 78,561 |
| **Operating Cash Flow** | | 18,079 | (31,001) | (12,921) |
| Cumulative Operating Cash Flow | | 18,079 | (12,921) | |
| **Non-Operating Expense** | | | | |
| Interest Expense | | - | 317 | 317 |
| Bank Fees | | - | 288 | 288 |
| Shareholder Distributions | | - | - | - |
| Total Non-Operating Expense | | - | 605 | 605 |
| **Total Disbursements** | | 18,241 | 60,926 | 79,167 |
| **Net Cash Flow** | | 18,079 | (31,606) | (13,527) |
| Cumulative Net Cash Flow | | 18,079 | (13,527) | |

**Balance Sheet Rollforwards:**

**Cash**

| | | | | |
|---|---|---|---|---|
| Beginning bank balance | | 22,726 | 40,805 | 22,726 |
| Receipts | | 36,320 | 29,320 | 65,640 |
| Disbursements | | (18,241) | (60,926) | (79,167) |
| **Ending bank balance** | | 40,805 | 9,199 | 9,199 |


EXHIBIT A

PRIVILEGED AND CONFIDENTIAL
DO NOT DISTRIBUTE