# JOSEPHS AND ASSOCIATES, LTD.

340 W. BUTTERFIELD ROAD, SUITE 2D, ELMHURST, IL 60126

630-834-0090 – PHONE                           JOSEPH A. GIRALAMO, ACCOUNTANT
630-834-6971 – FAX                                 JOE.GIRALAMO@GIRALAMOLAW.COM

October 21, 2024

C&G Venture Concepts, Inc
1031 W Madison St
Chicago, IL 60607-2007

Re: Payroll for pay date: **10/31/2024**

Dear Charlie:

Enclosed are this week's payroll checks, summary sheets and tax payment acknowledgements. Please deduct from the check register the amounts of:

| | |
|---|---:|
| Paychecks: | 29,913.03 |
| Vendor Check (Isabel): | 757.35 |
| Vendor Check (Irma): | 636.40 |
| Simple IRA Employee: | 100.00 |
| Simple IRA Employer Match: | 65.11 |
| Federal Taxes: | 8,932.30 |
| Illinois Taxes: | 1,522.01 |
| Utah Taxes: | 258.00 |
| Total: | 42,184.20 |

Thank you,
Diomina Wright
Accountant


EXHIBIT A

# Payroll Register

**C G Venture Concepts, Inc.**
1031 W MADISON ST | CHICAGO, IL 60607-2007
EIN: 20-5649943

Oct 31 - Oct 31, 2024

| Employee | | Check Info | | | | Payroll Details | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed W/H | Soc Soc | Med Care | Med Care Addl | State W/H | Simple IRA | Premium Only Plan | Net Pay |
| Barone, Alexandra M | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 4,634.10 | -612.00 | -268.33 | -62.76 | - | -208.51 | - | -306.19 | 3,176.31 |
| Burt, Christopher M | | 10/06/24 | 10/20/24 | 10/31/24 | | 2.00 | 3,197.57 | -334.00 | -189.84 | -44.39 | - | -145.84 | - | -135.70 | 2,347.80 |
| Contos, Kristen E | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 418.34 | - | -25.94 | -6.07 | - | -20.71 | - | - | 365.62 |
| Courtney, Erin M | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 1,472.00 | -94.00 | -91.27 | -21.35 | - | -67.14 | - | - | 1,198.24 |
| Daniels, Johnathan A | | 10/06/24 | 10/20/24 | 10/31/24 | | 2.00 | 2,534.09 | -221.00 | -157.12 | -36.74 | - | -125.44 | - | - | 1,993.79 |
| Denton, Taylor G | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 255.00 | - | -15.81 | -3.70 | - | -6.90 | - | - | 228.59 |
| Donnan, Laura M | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 18.27 | - | -1.14 | -0.27 | - | - | - | - | 16.86 |
| Graff, Charles D | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 4,166.00 | -170.00 | -196.69 | -46.00 | - | -144.00 | - | -993.59 | 2,615.72 |
| Graff, Monica J | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 2,500.00 | -217.00 | -155.00 | -36.25 | - | -114.00 | - | - | 1,977.75 |
| Gubbins, Keith C | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 362.00 | - | -22.45 | -5.25 | - | -12.20 | - | - | 322.10 |
| Hudson, Caullen S | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 500.00 | -50.00 | -31.00 | -7.25 | - | -19.03 | - | - | 392.72 |
| Huebner, Kandace L | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 291.98 | - | -18.10 | -4.23 | - | -8.73 | - | - | 260.92 |
| Hussey, Hannah | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 2,974.22 | -192.00 | -184.41 | -43.12 | - | -141.50 | - | - | 2,413.19 |
| Johnson, Melissa | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 455.51 | -50.00 | -28.24 | -6.60 | - | -22.55 | - | - | 348.12 |
| Kopp, Steven J | | 10/06/24 | 10/20/24 | 10/31/24 | | 2.00 | 2,170.28 | -148.00 | -125.25 | -29.30 | - | -95.05 | -100.00 | -150.13 | 1,522.55 |
| Kribs, Gabriel F | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 1,022.99 | -41.00 | -63.42 | -14.83 | - | -44.91 | - | - | 858.83 |
| Martinez-Brito, Irma | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 800.94 | -19.00 | -49.66 | -11.61 | - | -39.65 | - | - | 681.02 |
| Paul, Stephanie B | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 182.00 | -20.00 | -11.28 | -2.64 | - | -9.01 | - | - | 139.07 |
| Paviga, Michael J | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 2,329.00 | -197.00 | -144.39 | -33.77 | - | -109.56 | - | - | 1,844.28 |

Payroll Register  Oct 31 - Oct 31, 2024

# Payroll Register

**C G Venture Concepts, Inc.**
1031 W MADISON ST | CHICAGO, IL 60607-2007
EIN: 20-5649943

Oct 31 - Oct 31, 2024

| Employee | | Check Info | | | | Payroll Details | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | Simple IRA | Premium Only Plan | Net Pay |
| Pendowski, Katia Hope D. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 527.22 | - | -32.69 | -7.65 | - | -26.10 | - | - | 460.78 |
| Rauhaus, Kathleen | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 609.54 | - | -37.79 | -8.84 | - | -23.39 | - | - | 539.52 |
| Rivera, Vicky E. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 127.72 | - | -7.92 | -1.85 | - | -6.32 | - | - | 111.63 |
| Rodewald, Rachel | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 1,020.29 | -41.00 | -63.26 | -14.79 | - | -50.50 | - | - | 850.74 |
| Rose, Mark | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 1,750.84 | -127.00 | -108.56 | -25.39 | - | -86.67 | - | - | 1,403.22 |
| Sawinski, Alyssa M. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 1,322.07 | -241.00 | -74.42 | -17.41 | - | -59.41 | - | -121.80 | 808.03 |
| Schwieters, Lauren | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 421.00 | - | -26.10 | -6.11 | - | -20.84 | - | - | 367.95 |
| Torres, Andrew G. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 3,163.31 | -335.00 | -190.10 | -44.46 | - | -151.77 | - | -97.31 | 2,344.67 |
| Tucker, Jordyn N. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 259.63 | - | -16.09 | -3.77 | - | -12.85 | - | - | 226.92 |
| Zolp, Lindsey N. | | 10/06/24 | 10/20/24 | 10/31/24 | | 1.00 | 150.00 | -35.00 | -9.30 | -2.18 | - | -7.43 | - | - | 96.09 |
| Company Totals | | | | | | 32.00 | 39,635.91 | -3,144.00 | -2,345.57 | -548.58 | - | -1,780.01 | -100.00 | -1,804.72 | 29,913.03 |