IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-15580 |
| CTF Chicago, Inc.,[1] | ) | (Jointly Administered) | |
| | ) | | |
| Debtor. | ) | Judge: | Janet S. Baer |

## NOTICE OF DEBTOR'S MOTION FOR AUTHORITY TO MAINTAIN EXISTING BANK ACCOUNTS

To: See Attached List

PLEASE TAKE NOTICE THAT ON **November 12, 2024 at 9:30 a.m.,** I will appear before the **Honorable Judge Janet S. Baer,** or any Judge sitting in that judge's place, **either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL**, or **electronically** as described below, and present the attached *Motion for Authority to Maintain Bank Accounts*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video,** use this link: https//www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID** for this hearing is **169 731 2971** and the password is **587656**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are CTF Chicago, Inc., (9695); Crosstown Fitness – 1027 West Madison, LLC, ('5594); Crosstown Fitness 2, LLC, ('8467); Crosstown Fitness 3, LLC, ('9501); C & G Venture Concepts, Inc., ('9943).

By:   /s/  *Richard G. Larsen*
Attorney for Debtor(s)

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
rlarsen@springerbrown.com

## CERTIFICATE OF SERVICE

I, Richard G. Larsen,

[X] an attorney, certify

- or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **October 31, 2024**, at 5:30 p.m.

/s/ Richard G. Larsen /s/

## SERVICE LIST

**ECF Service:**

*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but not limited to:*

*Via Electronic Service*

Acting United States Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

M. Gretchen Silver
Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn, Rm. 873
Chicago, IL 60604
Gretchen.silver@usdoj.gov

Andrew Eres
Stephen Montgomery
Dickinson Wright
55 West Monroe St.
Suite 1200
Chicago, IL
Aeres@dickinsonwright.com
Smontgomery@dickinsonwright.com

Janice H Seyedin
Ken Novak & Associates
3356 Lake Knoll Dr.
Northbrook, IL 60062
847-414-6430
847-291-7719 (fax)
jseyedin@kennovakinc.com

Sameena Nabijee
Illinois District Counsel
U.S. Small Business Administration
Sameena.nabijee@sba.gov

**U.S. MAIL**

Andrew H. Eres
Dickinson Wright, PLLC/Wintrust Bank
55 West Monroe, Suite 1200
Chicago, IL 60603

Timothy S. Crane
President & CEO
Wintrust Corporate Headquarters
9700 W. Higgins Rd.
Rosemont, IL 60018

Kathleen Boege
Executive Vice President and General Counsel
Wintrust Corporate Headquarters
9700 W. Higgins Rd.
Rosemont, IL 60018

3400 N. Lincoln Ave., Aossociates
c/o CP2 LLC/General Counsel
225 West Hubbard Street
Chicago, IL 60654

Associated Bank
Receivables Control Corp.
7373 Kirkwood Court
Osseo, MN 55369

Community Reinvestment Fund, Inc
801 Nicollett Mall
Minneapolis, MN 55402

Anderson Pest Solution
S 2818 Centre Cir
Downers Grove, IL 60515

GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847

Holden Madison, LLC
7 Penn Plaza-Suuite 1100
New York, NY 10001

Huber Street Group
Graham Plamer

225 W Hubbard St., Ste. 401
Chicago, IL 60654

SCP Merchandising, LLC
1020 Olmpic Drive
Batavia, IL 60510

The Feil Organization
645 N Michigan Ave., Ste. 543
Chicago, IL 60611

U.S. Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 42614

Wintrust Bank
231 S. LaSalle
Chicago, IL 60603

5T Management
3600 N Halsted
Chicago, IL 60613

Emcor Services
413 Lexington Dr.
Buffalo Grove, IL 60089

Law Offices of Marvin Husby
Marvin Husby
852 W Armitage
Chicago, IL 60614

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter: 11 |
| | ) | |
| | ) | Case No.      24-15580 |
| CTF Chicago, Inc.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Judge:      Janet S. Baer |

### DEBTOR'S MOTION FOR AUTHORITY TO MAINTAIN EXISTING BANK ACCOUNTS

NOW COMES the Debtor-In-Possession, CTF Chicago, Inc.,[1] ("Debtor"), and requests that this court enter an order authorizing it to maintain its existing bank accounts (the "Motion"). In support of this Motion, the Debtor submits as follows:

### Jurisdiction and Venue

1.  On October 18, 2024 (the "Petition Date"), Debtor filed a voluntary petition in this Court for reorganization under Chapter 11 Sub Chapter V, of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq* (the "Code"). Janice H. Seyedin is the acting Subchapter V trustee.

2.  The Debtor continues to manage and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Code.

3.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b).

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are CTF Chicago, Inc., (9695); Crosstown Fitness – 1027 West Madison, LLC, ('5594); Crosstown Fitness 2, LLC, ('8467); Crosstown Fitness 3, LLC, ('9501); C & G Venture Concepts, Inc., ('9943).

4.      Collectively, the Debtors operate a business (the "Crosstown Fitness") that runs fitness centers in the city of Chicago at 3 separate locations.

**Relief Requested**

5.      The Office of the U.S. Trustee has established certain operating guidelines for debtors in possession in order to supervise the administration of chapter 11 cases. These guidelines require Chapter 11 debtors to, among other things: (a) close all existing accounts and open new debtor in possession bank accounts; (b) establish one debtor in possession account for all estate monies required for the payment of taxes, including payroll taxes; (c) maintain a separate debtor in possession account for cash collateral; and (d) obtain checks for all debtor in possession accounts which bear the designation "Debtor in Possession," the bankruptcy case number, and the type of accounts. For the reasons set forth below, the Debtor requests permission to maintain its bank accounts notwithstanding the United States Trustee's guidelines.

6.      Prior to the Petition Date, the Debtor (and affiliated Debtors) maintained 4 Bank accounts which were used in the ordinary course of business. All accounts are at Chase Bank ("Chase") as follows:

   a)   Crosstown Fitness 1 (0780)
        Crosstown Fitness 2, LLC (0910)
        Crosstown Fitness 3, LLC (6001)
        C&G Venture Concepts, Inc. (1895)
        (Hereinafter "The Accounts")

7.      The Debtor requests permission to maintain the Accounts in lieu of the United States Trustee's requirement that existing bank accounts be closed and new post-petition accounts be opened. The Accounts process all off the Debtor's daily transactions with its clients and vendors. Closing the Accounts will severely disrupt the Debtor's cash flow. If enforced, closing the Accounts would cause disruption in the Debtor's business and would impair the

Debtor's efforts to preserve the value of its estate. The Accounts at Chase are FDIC insured up to $ 250,000.00. The debtor represents that the balance in the Accounts at any given time will not exceed $ 250,000.00 and Debtor will complete all of its operating reports using all the bank statements.

8. The Debtor represents that if the relief requested in this Motion is granted, it will not pay, and the bank at which the Account is maintained will be directed not to pay, any debts incurred before the Petition Date, except to the extent that the Court may authorize the payment of such debts. The Court has previously authorized payment of pre-petition payroll.

WHEREFORE, the Debtor prays for entry of an Order allowing the Debtor to maintain its existing bank Accounts at Chase, and granting such other and further relief as the court deems equitable and just.

Respectfully Submitted,
CTF Chicago, Inc.,[1]


By: /s/ Richard G. Larsen
    One of its attorneys

Richard G. Larsen
Springer Larsen, LLC
300 South County Farm Rd., Suite G
Wheaton, Illinois 60187
(630) 510-0000
rlarsen@springerbrown.com